UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X  04 CV 5303 (NG) (VVP)

CAPITAL DISTRIBUTION SERVICES, LTD.,

           Plaintiff,

  -against-                                    ORDER

DUCOR EXPRESS AIRLINES, INC., MABUTU
M. KAMARA, SIMON BARRY, KHADY
KAMARA, ABOU KAMARA, and ABRAHAM
SILAH,

           Defendants.
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      By letter dated February 27, 2006, plaintiff seeks relief from the portion of the court's order to show cause, dated February 22, 2006, directing plaintiff to file a bond in the amount of $150,000 with the Clerk of Court by March 1, 2006. Plaintiff is granted leave to obtain an irrevocable letter of credit in the amount of $150,000, payable to the Clerk of Court upon order of the court, by March 1, 2006, in lieu of a bond. The conditions of the security shall be subject to modification following the hearing scheduled for March 1, 2006.

                                                **SO ORDERED.**

                                                /S/
                                           **NINA GERSHON**
                                           **United States District Judge**

Dated: Brooklyn, New York
        February 27, 2006