**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X      04 CV 5303 (NG) (VVP)
**CAPITAL DISTRIBUTION SERVICES, LIMITED,**

**Plaintiff,**

-against-                                                                                        **PRELIMINARY**
                                                                                                       **INJUNCTION**

**DUCOR EXPRESS AIRLINES, INC.; MABUTU M.**
**KAMARA, SIMON BARRY; KHADY KAMARA,**
**ABOU KAMARA; and VIVIAN KAMARA,**

**Defendants.**
----------------------------------------------------------------------X
**GERSHON, United States District Judge:**

The court having granted plaintiff's motion for a preliminary injunction pursuant to Federal

Rule of Civil Procedure 65 by opinion and order dated July 21, 2006:

Defendant Abou Kamara is hereby enjoined, during the pendency of this action, from taking

any action to transfer, dispose of, encumber, or otherwise reduce or jeopardize his interest in the real

properties located at:

a)      6052 Draft Horse Drive, North Las Vegas, Nevada 89031;

b)      1732 Mizzenmast Avenue, North Las Vegas, Nevada 89032; and

c)      3313 Conterra Park Avenue, North Las Vegas, Nevada 89081.

Plaintiff's irrevocable letter of credit in the amount of $150,000, dated March 7, 2006 and

filed with the Clerk of Court on March 9, 2006, shall remain in effect for the duration of this

preliminary injunction.

                                                                                  **SO ORDERED.**

                                                                                  _____/S/_____
                                                                                  **NINA GERSHON**
                                                                                  **United States District Judge**

Dated:  Brooklyn, New York
          July 21, 2006